No. 84–5885. Alonso v. United States. C. A. 11th Cir. Certiorari denied.